# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE MARSHAL D. MORGAN**

DATE: June 15, 2022
AUSA Ryan McCabe

UNITED STATES OF AMERICA

Plaintiff

v

JONATHAN ADAMES (1)
FRANCISCO MARTINEZ-ABREU (2)

Defendants

Return of
Indictment by the Grand Jury
Criminal No.   **22-CR-00264 (ADC)**

Indictment was filed in open court.

As to Defendant No. 1, **Arraignment / Bail Hearing is set for June 15, 2022 at 2:45 PM via VTC before Magistrate Judge Marcos E. Lopez.**

As to Defendant No. 2, **Arraignment / Bail Hearing is set for June 21, 2022 at 1:30 PM via VTC before Magistrate Judge Marshal D. Morgan.**

Case is assigned to Judge Aida M. Delgado-Colon.

**NEW CASE:**

☐ This Indictment supersedes Criminal Case No. _____.

☒ **Defendant No. 1 appeared** in  22-MJ-00664. **Defendant No. 2 appeared** in  22-MJ-00669.

Magistrate cases merged and closed.

☐ Defendant(s) charged in magistrate case -----. but **not arrested.**  Magistrate case merged and closed.

☐ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) to remain on same bond.

☒ Defendants are under custody at MDC.  Marshal to produce defendants.

☐ Arrest warrants to be issued.

☐ Summons to be issued.

**S/Migdalia Garcia-Cosme**
Courtroom Deputy Clerk