## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff,**

        **v.**

**JONATHAN ADAMES (1)**
 **Defendant,**

       **Criminal No. 22-CR-0264 [ADC].**

## MOTION FOR CHANGE OF PLEA.

    Defendant, **JONATHAN ADAMES (1),** by and through his undersigned Counsel files this Motion for change of plea and in support thereof states as follows:

1.   The defendant and the government have reached a plea agreement in the instant case.

2.   The defendant, therefore, requests a hearing during which he may plead guilty before this Honorable Court.

3.   This plea will be made pursuant to an agreement with the United States, and details of which will be made available prior to the scheduled hearing.

4.   The undersigned Counsel is scheduled to commence a criminal trial starting on Monday 22nd 2023 (State of Florida vs. Frank Townsley, case No. F-21-001600B), in Miami-Dade, Florida.

5.   The undersigned Counsel will be in Puerto Rico for two weeks period beginning June 5th to June 16th 2023.

6.   Counsel respectfully requests that the change of plea be scheduled during the two weeks period that he would be in the District of Puerto Rico.

    **WHEREFORE,** it is respectfully requested that this Honorable Court set a hearing for the defendant to change his plea to guilty.

       Respectfully Submitted,

       s*/ Richard O. Dansoh*
       Richard O. Dansoh, Esq.
       13727 SW 152 st. # 726
       Miami, FL 33177.

Tel: (305) 573-4444
Email: dansohlawfirm@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** on this 19th May, 2023, I caused the forgoing Motion to be electronically filed with the Clerk of the Court using CM/ECF filing system, which will send notification of such filing to all of attorneys of record.

Respectfully Submitted,

s/ *Richard O. Dansoh*
Richard O. Dansoh, Esq.